■ WELLS FARGO BANK, N.A., Appellant, v MICHAEL REID, Respondent, et al., Defendant. [995 NYS2d 516]—

In an action to foreclose a consolidated mortgage, the plaintiff appeals from an order of the Supreme Court, Queens County (James J. Golia, J.), entered April 5, 2013, which denied its motion, inter alia, for summary judgment on the complaint, without prejudice to renewal upon proper notice to the defendant Michael Reid.

Ordered that the order is affirmed, without costs or disbursements.

The record before this Court does not reflect that the plaintiff gave the defendant Michael Reid, who the Supreme Court noted was appearing pro se, proper notice of its motion for summary judgment (*see* CPLR 2103). Accordingly, the Supreme Court properly denied the plaintiff's motion, inter alia, for summary judgment on the complaint, without prejudice to renewal upon

proper notice to Reid (*see Financial Servs. Veh. Trust v Law Offs. of Dustin J. Dente*, 86 AD3d 532, 533 [2011]; *Zaidi v New York Bldg. Contrs., Ltd.*, 61 AD3d 747, 748 [2009]; *Bianco v LiGreci*, 298 AD2d 482 [2002]; *Welch v State of New York*, 261 AD2d 537 [1999]).

The plaintiff's remaining contentions need not be reached in light of our determination. Dillon, J.P., Chambers, Cohen and Maltese, JJ., concur.